Deborah A. Ferguson (Idaho Bar No. 5333)
Craig H. Durham (Idaho Bar No. 6428)
FERGUSON DURHAM, PLLC
223 N. 6th Street, Suite 325
Boise, Idaho 83702
T: (208)-345-5183
F: (208)-906-8663
chd@fergusondurham.com
daf@fergusondurham.com

Richard Alan Eppink (Idaho Bar No. 7503)
AMERICAN CIVIL LIBERTIES UNION
OF IDAHO FOUNDATION
P.O. Box 1897
Boise, Idaho 83701
T: (208) 344-9750
F: (208) 344-7201
reppink@acluidaho.org

Jack Van Valkenburgh (Idaho Bar No. 3818)
VAN VALKENBURGH LAW, PLLC
P.O. Box 531
Boise, Idaho 83701
T: (208) 918-1994
F: (208) 947-2424
jack@ vanvalkenburghlaw.com

Attorneys for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF IDAHO**

| | |
|---|---|
| VISUAL ARTS COLLECTIVE, LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COLONEL RALPH POWELL, et al.,<br><br>Defendants. | Case No.<br><br>**DECLARATION OF SAMUEL F. STIMPERT** |

I, Samuel F. Stimpert, having first been duly sworn upon oath, declare as follows:

1. My name is Samuel F. Stimpert. I am 45 years old and reside in Garden City, Idaho.

2. The Visual Arts Collective, LLC ("Visual Arts Collective" or "VAC"), is an Idaho Limited Liability Company. This community mixed-use contemporary fine art gallery and performance venue is located at 3638 Osage St. in Garden City, Idaho.

3. In addition to myself, Steve Fulton is its co-owner.

4. The VAC was originally formed on July 21, 2005, and opened to the public on September 9, 2005, in Boise at 1419 Grove Street before moving to its current Garden City location in 2008.

5. The VAC is an important Treasure Valley cultural space that fills a valuable need unmet by any other institutions in the area. The VAC is dedicated to providing space for cross-disciplinary events and presenting exhibitions and events for artists and non profits working in visual and performance art, film, music, and theater. It develops new talent and brings people together around creative causes. The VAC also subsidizes space for local non profits and artists to produce their work.

6. The VAC is a recipient of two grants from the Rauschenberg Foundation, a nationally recognized arts foundation that fosters the legacy of painter Robert Rauschenberg's life, work, and philosophy that art can change the world. The Rauschenberg Foundation supports artists, initiatives, and institutions that embody the same fearlessness, innovation, and multidisciplinary approach that Rauschenberg exemplified in both his art and philanthropic endeavors.

7. VAC first received a SEED grant from the Rauschenberg Foundation. SEED grants were given to provide a combination of risk capital and value added support to early groundbreaking stage projects in the following ten cities across the United States: Atlanta, Boise, Buffalo, Cleveland, Detroit, Kansas City, Phoenix, Portland, Providence, and New Orleans. Past grants have focused on innovation in arts and culture. The Rauschenberg Foundation provides SEED grants in cities identified by local cultural leaders as underfunded in the arts. These grants are awarded to small- to mid-size arts organizations at their earliest operational stages, even before those organizations may have had structures in place to execute other fundraising activities. The grants allow leadership to shore up their capacity so that they could focus on expanding and enriching their local cultural landscape.

8. In Boise, the VAC is one of three organizations chosen by the Rauschenberg Foundation, along with Story Story Night and Off Center Dance (both of these organizations also produce shows at VAC).

DECLARATION OF SAMUEL F. STIMPERT - 2

9. The SEED grants are awarded through an anonymous nomination process. Arts leaders in larger non profit and arts organizations are asked to identify who they feel is "cutting edge" in the arts community in their area. We did not apply for this grant and it came as a total surprise. We have used this money to build infrastructure to provide a better and more technically advanced space for all the artists and non profits we serve. This included new speakers, new chairs for audiences, a new lighting system for our stage and for the gallery walls and more.

10. As part of the SEED Grant, the Rauschenberg Foundation has also sent me twice to its facility in Florida, where I met with other SEED grantees from the across the country and attended workshops and collaborated about how to improve and grow our art organizations.

11. After the first year of SEED, all SEED grantees are offered the opportunity to apply for a Technical Assistance Grant. We did so with Alley Repertory Theater (our major theater group and non profit partner) and requested $13,000.00. We were awarded $14,000.00, in excess of our grant request.

12. The scope of our goal for this Technical Assistance Grant is to assist our mission in two major areas: a) to work on branding the VAC to the community as a cultural center including a new logo and website and signage, and creating other marketing materials to stress the mission of VAC being a space where all art forms are welcomed and supported; and b) to put on a new event called COMBINE, celebrating the three Rauschenberg grantees from Idaho and continue this show in the future with other arts organizations and non profits to further the collaborative nature and mission of the VAC space.

13. In addition to the grants it has received, the VAC survives on the work of the volunteers from the non profits we serve and revenues from the sale of alcohol. Besides limited revenue from some very small rental fees, ticket splits, and art sale commissions, the vast majority of VAC's revenue to operate the space (upwards of 90% of our income) is from alcohol sales.

14. The VAC's visual art gallery is open on Saturdays, typically from noon to 6:00 p.m., when alcohol is available during those limited gallery hours. It is also available during performances.

15. Maintaining a liquor license is essential to our operations because our mission is to provide

DECLARATION OF SAMUEL F. STIMPERT - 3

subsidized space for artists and non profits to produce work without the restrictions of high rental fees and venue costs. These art organizations and performers can then use the funds they raise from ticket prices to further their missions and produce more shows benefiting the community at large.

16. The VAC has worked closely and served as a venue for many of the most respected arts professionals in the area. The following is a list of non profits, artists and event producers we have worked with and continue to work with, which is not all encompassing. Literally thousands of musicians, dancers and performers have performed at the VAC, including: Alley Repertory Theater, Off Center Dance, Anne McDonald, Star Belly School of Dance, Boise City Arts and History, Surel's Place, Opera Idaho, Opera Elect, Boise Philharmonic, Boise Open Studios Collective, Treasure Valley Artist Alliance, The Deal and The New Deal (Artist trading cards designed to promote local artists and arts organizations), Treefort, Idaho Laugh Fest, Comic Cinema Remix, Duck Club Presents (Treefort founders), Absurdist Film Festival, Collapse Theater, Boise Hive, Charm School/ Feast (micro grants for arts projects), Snake River Alliance, Winter Wildlands Alliance, Boise Weekly Artist Grant Program, The Imperial Sovereign Gem Court of Idaho, Pride Foundation, MGI Foundation, ADD THE 4 WORDS, Garden City Public Library, Boise State University, Story Story Night, World village festival, LED (Laura Edson Dance), Idaho Conservation League, Women and Children's Alliance, Peregrine Productions, Idaho Live, We've Got You Covered, Idaho Food Bank, Idaho Humane Society, Idaho Veterans Assistance League, Hearts for Hadley, Wasmuth Center For Human Rights, Conservation Voters for Idaho, and the Idaho Fallen Firefighters Foundation.

17. In addition, the following visual artists have shown their work at the VAC: Francis Fox, Laurie Blakslee, Corrin Olson, Angela Katona-Batchelor, Samuel Stimpert, Flint Weisser, Bob Neal, Boise Naval Base, Sue Latta, Dan Scott, James Pearson, Jill Fitterer, BOSCO, Kirsten Rian, Kevin Flynn, Sylvia Hamilton, Nels Jensen, Amanda Riley, Vy Botdy, EPIK , Gahlen Fridley, Bobby Gaytan, Jennie Myers, Erin Ruiz, Ben WIlson, Jeremy Webster, The Grambo Report, Issac Grambo, Kate Bowen, Sean Wyett, Erin Gorringe, Jason Sievers, April Hoff, Marcus

Pierce, Jamie Walker, Bob Stimpert, Jim Budde, Victor Jimenez, Julia Green, Rick Walter, Kelly Knopp, Noble Hardesty, Stuart Holland, Molly Hill, Mike Flinn, Erik Payne, Kendal Vader, Cody Rutty, Steve Wilhite, Lisa Roggenbuck, Emily Wenner, Travis Berg, Tony Caprai, Saratops McDonald, Storie Grubb, Danielle Demaray, Beau Van Greener, Ryan Flowers, Daniel Foregger, John Warfel, James McKain, Toby Robin, Hector Diaz, Jay O'Leary, Justin Cunningam, Diana Forgione, Karen Bubb, April Van De Grift, Will Spearman, Will Kirkman, Brian McCarthy, Erin Cunningham, Elijah Jensen, Travis Campion, Eliza Fernand, and Caleb Chung.

18. As one of the owners of the VAC, who is a Plaintiff in this lawsuit, I am familiar with Idaho Code §23-614.

19. Artistic performances at the VAC are criminalized by this statute, which restrict who can perform, what they can wear and what artistic messages they can express. The VAC can also be held in violation of the statute for the clothing or attire of its patrons, or any person on its premises, over which it has no control.

20. As owners, my business partner Steve Fulton and I also risk criminal prosecution, including jail time, under the statute.

21. On March 18, 2016 there was a burlesque performance at the Visual Arts Collective called Burlesque Marathong, starring a celebrated local artist and producer, Anne McDonald.

22. This particular event was designed by its producer Anne McDonald so that the performers could be filmed and provide audition videos of their performances to burlesque workshops and festivals throughout the country. This would help them learn and collaborate with other artists, to further the reach and scope of burlesque as an art form.

23. The ABC alleged that evening's performance violated the statute because some performer's costumes showed a portion of their breast below the areola, and the cleft of their buttock, or "simulated" sex acts.

24. The ABC then filed an administrative complaint against the Visual Arts Collective, threatening revocation of its alcohol license.

25. The revenue from this license is essential for the Visual Arts Collective to continue to operate. In order to continue to exist, VAC entered a stipulation with ABC, agreeing to pay a steep fine and accept a 20 day suspension of its license to resolve that administrative action.

26. The fine imposed a severe hardship on the VAC which has limited reserves, and fundraising will be needed to recover it and the lost revenue for its operations when its license is suspended.

27. The VAC was expressly informed by ABC that any future violation would be dealt with even more severely.

28. As a result of this statute the Visual Arts Collective is now training the artists, performers, actors and non-profit volunteers who work in its venue to comply with the statute to avoid future enforcement of the statute against the Visual Arts Collective. This restricts their artistic expression and requires some to significantly modify their performances and message.

29. Further we have been instructed the VAC must immediately stop any show that violates this archaic statute.

30. The VAC is booked for numerous events on the following dates this fall, and the VAC is deeply concerned the ISP may again send in undercover agents who find these performances in violation of the statute. On September 15,16,17, 23, 24, 30 and October 1, 2016 the Red Light Variety Show will perform. On October 13, 14, 15, 20, 21, 22, 23, 27, and 28 the Alley Repertory Theater presents "The Totalitarians" by Peter Sinn Nachtrieb.  On November 25, 26, 27, and December 8, 9, 10, 11, 15, 16, and 17 the Alley Repertory Theater presents "Disenchanted" by Dennis T. Giacino.

31. Red Light Variety show is a theatrical burlesque and acrobatics troupe whose costumes and performances are at risk of violating the statute. Alley Repertory Theater produces Pulitzer Prize and Tony Award wining plays that also run the risk of violating the statute due to costuming and simulated sex acts, or conduct which could be considered a simulated sex act.

32. Censoring the VAC's performances to comply with the statute impairs the artistic, political, social messages of our venue and the artists whom call it home. We strive to provide a home for artists and arts organizations free from censorship so that they may produce valuable works of

cultural, artistic, and political significance to our community.

33. The statute as enforced against the VAC has greatly chilled the freedom of artistic expression in the venue which violates the very reason for its existence and caused the VAC to censor, and asked performers to self-censor, the artistic performances.

34. Section (a) of the statute states: *Employment or use of any person, including allowing any person on the premises, while such person is unclothed or in such attire, costume or clothing as to expose to view any portion of the female breast below the top of the areola or of any portion of the pubic hair, anus, cleft of the buttocks, vulva or genitals.*

    This section is vague in that it does not clearly state what the "cleft of the buttocks" actually means. It is also does not provide details as to how to deal with transgender performers as it specifically states female breast. It is also vague in that it does not address how to deal with a person in the audience or in the gallery who is wearing an outfit which might be in violation. It is my understanding that asking someone their gender to be admitted into the space based on their clothing would illegal and an invasion of their privacy.

35. Section (b) of the statute states: *(b) Employment or use of any person who touches, caresses or fondles the breast, buttocks, anus or genitals of any other person, or who is so touched, caressed or fondled by another person.*

    This section is vague as it does not directly define what degree of touching is a violation nor does it state an exact definition of fondling. VAC will be hosting the upcoming play "The Totalitarians" presented by the Alley Repertory Theatre. It has a scene where a doctor performs a prostate exam on a patient. (This would not be an actual prostate exam but it would require an actor to touch another actor's buttocks.) The statute appears to restricts this conduct in the course of an artistic production. Also ballet and contemporary dancers often do lifts that require them to touch their partner's buttocks and we are unsure based on the wording of the statue if this a violation. Also, it is unclear whether the statute includes unintentional touching, such as bumping another performer or patron.

36. Section (c) of the statute states: *Employment or use of any person to wear or use any device or*

DECLARATION OF SAMUEL F. STIMPERT - 7

*covering, exposed to view, which simulates the breast, genitals, anus, pubic hair or any portion thereof.*

This section is vague in that it does not implicitly state what these devices or coverings entail. We have ballet dancers who wear nude body suits and we are unsure if this would be considered a violation based on the current wording of the statue.

37. Section (d) of the statute states: *Employment or use of any person to perform acts of or acts which simulate sexual intercourse, masturbation, sodomy, bestiality, oral copulation, flagellation or any sexual acts which are prohibited by law.*

    This section is vague in that it does not specifically state what is considered simulated sexual acts. It is unclear if this includes mere hip thrusting, a couple embracing or a dancer lifting another dancer. Many motions – even incidental or innocent acts- can be considered simulated sexual acts. Even blowing a kiss is a simulated sexual act. It also is vague and overbroad in that it appears to impermissibly prohibit intended (non nude) simulated sexual conduct in a play or performance that has artistic merit. Also, flagellation is also a religious practice in some faiths, and it is unclear where the statute bans depictions of this as well.

38. In violation of the VAC's First Amendment rights, the statute restricts who can perform and what artistic message can be conveyed.

39. No one is or has been harmed by performances at the VAC.

40. It is in the public interest for the VAC to continue to operate in the community.

41. The VAC provides an important Treasure Valley cultural space which fills a valuable place unmet by any other institution in the area, for cross-disciplinary events and presenting exhibitions and events for artists working in visual and performance art, film, music and theater.

42. As listed in paragraph 17 of my declaration, the VAC also hosts events for several local non-profit organizations, so they can hold art auctions, dinners, and special events to raise money and awareness for creative causes. For example, the City of Boise held an exhibition featuring artists who have created traffic box art wraps and the Boise Weekly has held its annual auction of art at the VAC to benefit a grant program for local artists. The VAC has also allowed the

DECLARATION OF SAMUEL F. STIMPERT - 8

community to use the space to host funerals and wakes for departed artists.

43. Also, by prohibiting display of "portion[s] of the female breast below the top of the areola" this statute discriminates against women because the requirement that they cover their breasts burdens them and their artistic expression in a way that it does not burden men, with seemingly no purpose or reason supporting that distinction. It is also difficult to enforce because of transgender and other non-gender conforming individuals.

44. VAC's financial resources are exhausted from the fine imposed by the ABC and it does not have the financial ability to post a bond in support of its request for a preliminary injunction.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON this 14th day of September 2016.

/s/Samuel Stimpert