Deborah A. Ferguson
Craig H. Durham
FERGUSON DURHAM, PLLC
223 N. 6th Street, Suite 325
Boise, Idaho 83702
T: (208)-345-5183
F: (208)-906-8663
chd@fergusondurham.com
daf@fergusondurham.com

Jack Van Valkenburgh
VAN VALKENBURGH LAW, PLLC
P.O. Box 531
Boise, Idaho 83701
T: (208) 918-1994
F: (208) 947-2424
jack@vanvalkenburghlaw.com

Richard Alan Eppink
AMERICAN CIVIL LIBERTIES UNION
OF IDAHO FOUNDATION
P.O. Box 1897
Boise, Idaho 83701
T: (208) 344-9750
F: (208) 344-7201
reppink@acluidaho.org

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| VISUAL ARTS COLLECTIVE, LLC, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>COLONEL RALPH POWELL, Director of the Idaho State Police, *et al.*<br><br>Defendants. | Case No. 1:16-cv-00414-BLW<br><br>**ACCEPTANCE OF SERVICE** |

Cynthia Yee-Wallace of the Office of the Attorney General of Idaho, attorney for all defendants has been authorized to accept service on behalf of each defendant (Colonel Ralph Powell, Lieutenant Colonel Kedrick Wills, Captain Russell Wheatley, Detective George Szeles, and Specialist Jeremich West). She hereby acknowledges service of the summons for each

ACCEPTANCE OF SERVICE – Page 1

defendant and of the complaint and all other filings and docket entries in this case (Dkt. 1 through 7) in this action, including the plaintiffs' Urgent Motion for a Preliminary Injunction and its supporting materials, on behalf of each defendant with the same effect as personal service upon each defendant.

DATED this 23rd day of September, 2016.

By: _____
Cynthia Yee-Wallace
OFFICE OF THE ATTORNEY GENERAL
OF IDAHO
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the ___ day of September, 2016, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Cynthia Lin Yee-Wallace
cynthia.wallace@ag.idaho.gov
Clay Smith
clay.smith@ag.idaho.gov
*Attorneys for Defendants*

DATED this 23rd day of September, 2016.

/s/ Richard Alan Eppink