LAWRENCE G. WASDEN
ATTORNEY GENERAL

STEVEN L. OLSEN, ISB #3586
Chief of Civil Litigation

CLAY R. SMITH, ISB #6385
clay.smith@ag.idaho.gov
CYNTHIA L. YEE-WALLACE, ISB #6793
cynthia.wallace@ag.idaho.gov
Deputy Attorneys General
954 W. Jefferson Street, 2nd Floor
P.O. Box 83720
Boise, ID  83720-0010
Telephone:  (208) 334-2400
Facsimile:  (208) 854-8073

    Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| VISUAL ARTS COLLECTIVE, LLC, *et al.*,<br><br>                   Plaintiffs,<br>vs.<br><br>COLONEL RALPH POWELL, Director of the Idaho State Police, *et al.*,<br><br>                   Defendants. | Case No. 1:16-cv-00414-BLW<br><br>**JOINT MOTION FOR ENTRY OF PERMANENT INJUNCTION** |

    The Parties, through their undersigned counsel, jointly move the Court to enter a permanent injunction in this case consistent with the terms of the Stipulation for Entry of Permanent Injunction attached hereto as Exhibit 1, without further hearing or delay.

    DATED: September 28, 2016

| **AMERICAN CIVIL LIBERTIES UNION FOUNDATION** | **FERGUSON DURHAM, PLLC** |
|---|---|
| */s/ Richard Alan Eppink* | */s/ Deborah A. Ferguson*<br>*/s/ Craig H. Durham* |

JOINT MOTION FOR ENTRY OF PERMANENT INJUNCTION - 1

**VAN VALKENBURGH LAW, PLLC**

*/s/ Jack Van Valkenburgh*

*Attorneys for Plaintiffs*

**OFFICE OF THE IDAHO ATTORNEY GENERAL**

*/s/ Cynthia L. Yee-Wallace*
*/s/ Clay Smith*

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 28, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| Deborah A. Ferguson<br>chd@fergusondurham.com | Richard Alan Eppink<br>reppink@acluidaho.org |
| Craig H. Durham<br>daf@fergusondurham.com | Jack Van Valkenburgh<br>jack@vanvalkenburghlaw.com |

                                                              */s/ Cynthia Yee-Wallace*