LAWRENCE G. WASDEN
ATTORNEY GENERAL

STEVEN L. OLSEN, ISB #3586
Chief of Civil Litigation

CLAY R. SMITH, ISB #6385
clay.smith@ag.idaho.gov
CYNTHIA L. YEE-WALLACE, ISB #6793
cynthia.wallace@ag.idaho.gov
Deputy Attorneys General
954 W. Jefferson Street, 2nd Floor
P.O. Box 83720
Boise, ID  83720-0010
Telephone:  (208) 334-2400
Facsimile:  (208) 854-8073

    Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| VISUAL ARTS COLLECTIVE, LLC, *et al.*, | ) |
|     Plaintiffs, | ) Case No. 1:16-cv-00414-BLW ) |
| vs. | ) **JOINT STIPULATION RE** ) **PAYMENT OF ATTORNEY'S** |
| COLONEL RALPH POWELL, Director of the Idaho State Police, *et al.*, | ) **FEES, EXPENSES AND COSTS** ) ) |
|     Defendants. | ) ) |

    The Parties, through their undersigned counsel, stipulate that Defendants' payment of $95,000 to Plaintiffs, receipt of which payment is hereby acknowledged, discharges all obligations imposed upon Defendants with respect to the payment of attorney's fees and expenses under 42 U.S.C. § 1988 and costs by paragraph 4 of the Order Granting Joint Motion for Entry of Permanent Injunction (Dkt. 17) and that no petition for an award of attorney's fees, expenses or costs shall be filed.  This stipulation does not otherwise affect operation of the last

sentence of such paragraph; *i.e.*, plaintiffs may seek costs and fees related to services performed in obtaining a lift of the stay as well as for work performed after stay is lifted.

DATED: December 23, 2016

**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**

*/s/ Richard Alan Eppink*

**VAN VALKENBURGH LAW, PLLC**

*/s/ Jack Van Valkenburgh*

*Attorneys for Plaintiffs*

**OFFICE OF THE IDAHO ATTORNEY GENERAL**

*/s/ Cynthia L. Yee-Wallace*
*/s/ Clay R. Smith*

*Attorneys for Defendants*

**FERGUSON DURHAM, PLLC**

*/s/ Deborah A. Ferguson*
*/s/ Craig H. Durham*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 23, 2016 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| Deborah A. Ferguson<br>chd@fergusondurham.com | Richard Alan Eppink<br>reppink@acluidaho.org |
| Craig H. Durham<br>daf@fergusondurham.com | Jack Van Valkenburgh<br>jack@vanvalkenburghlaw.com |

  */s/ Clay R. Smith*