IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| VISUAL ARTS COLLECTIVE, LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COLONEL RALPH POWELL, Director of the Idaho State Police, et al., <br><br> Defendants. | Case No. 1:16-CV-414-BLW <br><br> **ORDER** |

Finding good cause therefore,

NOW THEREFORE IT IS HEREBY ORDERED, that this action be DISMISSED. The Clerk shall close this case.

DATED: March 12, 2018

_____
B. Lynn Winmill
Chief U.S. District Court Judge